**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>            Plaintiff(s),<br><br>   vs.<br><br>LATISHA LARUE, et al,<br><br>            Defendant(s). | CASE NO. CV 09-02119-RGK (JWJx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

On September 2, 2009, the Court issued an Order to Show Cause re Dismissal re Lack of Prosecution. A response was ordered to be filed not later than September 14, 2009. The Court has received no further filings regarding this matter and hereby dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: September 18, 2009

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**